Mr. Paul B. McDONALD,
Plaintiff–Appellant,

v.

DIVISION OF CORRECTIONS FOR the STATE OF MARYLAND; Co II Micheal Stauffer, At Time of infraction, in His Official and Individual Capacities, "ET AL"; Co II Brian Hawk, At Time of infraction, in His Official and Individual Capacities, "ET AL"; Co II Tyson T. Hinckle, At Time of infraction, in His Official and Individual Capacities, "ET AL"; Roderick R. Sowers, Warden at Time of Infraction, in His Official and Individual Capacities, "ET AL"; Nancy Rouse, Assist. Warden At Time of infraction, in her Official and Individual Capacities, "ET AL"; Lt. Timothy Munson, At Time of infraction, in His Official and Individual Capacities, "ET AL"; Edwin Stigile, At Time of infraction, in His Official and Individual Capacities, "ET AL"; All Unmentioned Member at this Time, Defendants–Appellees.

No. 13–6647.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 30, 2013.

Decided: June 5, 2013.

Paul B. McDonald, Appellant Pro Se.

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul B. McDonald appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McDonald v. Div. of Corr. For Md.*, No. 8:13–cv–00775–PJM (D.Md. Mar. 25, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*